James F. KERNAN, Doing Business under the Firm Name and Style of Ridge Manufacturing Co., Plaintiff-Appellant, v. Maurice CAMPBELL, Federal Prohibition Administrator for the Second District of New York, and James M. Doran, Federal Prohibition Commissioner of the United States, Defendants-Appellees.

Circuit Court of Appeals, Second Circuit. December 2, 1929.

No. 96.

Lewis Landes, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., John E. O'Neill, Senior Atty., Bureau of Prohibition, of New York City, and John H. McEvers, Sp. Asst. Atty. Gen., of counsel), for appellees.

Before MANTON, L. HAND, and MACK, Circuit Judges.

PER CURIAM. Order [36 F.(2d) 778] affirmed.